Richard T. Shea, Appellee, v. Training Within Industry Associates, Inc., Appellant.

Gen. No. 44,603.

opinion filed June 20, 1949; released for publication July 18, 1949. Deneen & Massena, for appellant; Ralph B. Mack, Joseph Keig and Dwight W. Croessmann, of counsel; John V. Schaffenegger, for appellee; Edward T. Maslanka, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.